UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**L.J. AUCOIN, ET AL.**                                                              **CIVIL ACTION**

**VERSUS**                                                                                   **NO. 07-4458**

**ALLSTATE INSURANCE COMPANY**                                    **SECTION "K"(5)**

## ORDER

Considering Plaintiff Betty Lundy's Motion for Voluntary Dismissal (Rec. Doc. 6), accordingly,

**IT IS ORDERED** that the foregoing motion is **GRANTED**, and all claims of Plaintiff Betty Lundy against Allstate Insurance Company be **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this   21st   day of February, 2008.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**